UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 08-02407 SJO (MANx)   **DATE:** September 29, 2009

**TITLE:** Construction Laborers Trust Funds for Southern California Administrative Company v. Safe Guard Surfacing of California Corporation et al

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**         **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the plaintiff's notice of dismissal filed on 9/28/09 [34]. Accordingly, the Court orders this matter dismissed pursuant to said notice of dismissal.

MINUTES FORM 11                                                    __ : __
CIVIL GEN                     Page 1 of 1            Initials of Preparer _____